

FILIPPATOS PLLC
60 East 42nd Street, 46th Floor
New York, New York 10165
(212) 682-2400
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
                                              :
BRANDON PERRONE,                              :
                                              :
                        Plaintiff,            :
                                              :      07 Civ. 6496 (GBD)
              -v-                             :
                                              :
COMMERCIAL ELECTRICAL                         :
CONTRACTORS, ET AL. and                       :
PEDRO CASTRO                                  :
                                              :      DEFENDANTS'
                                              :      RULE 7.1
                        Defendants.           :      STATEMENT
                                              :
------------------------------------------------------------x
```

PLEASE TAKE NOTICE that Pursuant to Rule 7.1 of the Federal Rules of Civil

Procedure and to enable judges and magistrate judges of this Court to evaluate possible

disqualification or recusal, the undersigned, as attorneys of record for Defendants herein,

does hereby certify that Commercial Electrical Contractors of New York ("CECNY") is

the parent company and alter ego of the company sued herein and that there are no

publicly held corporations that own 10% or more of CECNY's stock.

Dated:  New York, New York
        October 15, 2007

                                    _____
                                    Parisis G. Filippatos (PF 1593)
                                    Filippatos PLLC
                                    Attorneys for Defendants

To:    Alan Serrins, Esq.
       Serrins & Associates, LCC
       233 Broadway, 18th Floor
       New York, NY 10279
       *Attorneys for Plaintiff*