FILIPPATOS PLLC
60 East 42nd Street, 46th Floor
New York, New York 10165
(212) 682-2400
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
**BRANDON PERRONE,**
:
                    **Plaintiff,**
:      07 Civ. 6496 (GBD)
                  -v-
:
**COMMERCIAL ELECTRICAL**
**CONTRACTORS, ET AL. and**
**PEDRO CASTRO**
:      **DEFENDANTS'**
                  **Defendants.**      **DEMAND FOR A**
:      **JURY TRIAL ON THE**
:      **COUNTERCLAIMS**
:      **OF CASTRO**
---------------------------------------------------------------x

Defendants Commercial Electrical Contractors of New York ("CECNY") and Pedro Castro ("Mr. Castro") hereby demand a trial by jury on the Counterclaims previously filed herein, dated October 15, 2007.

WHEREFORE, Defendants demand a trial by jury and judgment against Plaintiff dismissing the Complaint, granting Defendant Castro's Counterclaims, and affording such other and further relief to Defendants as this Court deems just, proper, and

equitable.

Dated: New York, New York
       November 30, 2007

                                            Parisis G. Filippatos (PF 1593)
                                            Filippatos PLLC
                                            *Attorneys for Defendants*

To:   Alan Serrins, Esq.
       Serrins & Associates, LCC
       233 Broadway, 18th Floor
       New York, NY 10279
       *Attorneys for Plaintiff*