USDNY
ENT
ELECTRONICALLY FILED

FILED: APR 2 8 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BRANDON PERRONE,

                     07 Civ. 6496 (GBD)

           Plaintiff,

-against-                           STIPULATION

COMMERCIAL ELECTRICAL CONTRACTORS,
and PEDRO CASTRO,
           Defendants.
---------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that pursuant to Rule 16 of the Federal Rules of Civil Procedure that the time to end disclosure for this action shall be June 2, 2008 and dispositive motions shall be served by June 30, 2008.

Dated: New York, New York
       April 23, 2008

SERRINS & ASSOCIATES, LLC            FILIPPATOS PLLC

By: _____            By: _____
Alan Serrins, Esq. (AM)                  Parisis G. Filippatos, Esq. (PF1593)
Ann Macadangdang, Esq.               303 Park Avenue South
233 Broadway 18th Floor                Suite 1422
New York, New York 10279           New York, NY 10010
*Attorneys for Plaintiff*                    *Attorney for Defendants*

SO ORDERED: APR 2 8 2008

_____
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

HON. GEORGE B. DANIELS