UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

BRANDON PERRONE,

                    **Plaintiff,**

     -against-

COMMERCIAL ELECTRICAL CONTRACTORS,
and PEDRO CASTRO,

                   **Defendants.**
-------------------------------------------------------------------X

**07 Civ. 6496 (GBD)**

**REVISED CIVIL CASE
MANAGEMENT PLAN
AND SCHEDULING
ORDER**

        After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. No additional parties may be joined after **January 10, 2008**.

2. No amendment to the pleadings will be permitted after **January 10 2008**.

3. The end date for disclosure in this action shall be **June 2, 2008**.

4. Our **Next Case Management** conference will be held on **June 5, 2008 at 9:30 a.m**.

5. Dispositive Motions are to be served by **June 30, 2008**. Answering papers are to be served within fourteen (14) days. Reply papers are to be served within seven (7) days.

6. The **Joint Pretrial Order** shall be filed no later than three (3) weeks from the decision on the motion. In the event that no dispositive motions are served then the Joint Pretrial Order shall be filed no later than **July 3, 2008.**

7. A **final pretrial conference** will be held four (4) weeks from the decision on the motion. In the event that no dispositive motions are served then the **final pretrial conference** will be held on **July 3, 2008 at 9:30 a.m.**

8. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

9. The parties shall be **ready for trial** on 48 hours notice on or after **July 31, 2008** unless a decision on a dispositive motion is pending. The estimated trial time is ___ days and this is a jury trial.

1

Dated: April 23, 2008
    New York, New York

SO ORDERED:

JUN 2 6 2008

HONORABLE GEORGE B. DANIELS
United States District Judge

## HON. GEORGE B. DANIELS

Alan Serrins, Esq. (AS9718)
Ann Macadangdang, Esq. (AM11987)
SERRINS & ASSOCIATES, LLC
233 Broadway, 18th Floor
New York, NY 10279
(212) 384 -0202
Attorneys for Plaintiff

Parisis G. Filippatos, Esq. (PF1593)
FILIPPATOS PLLC
303 Park Avenue South
Suite 1422
New York, NY 10010
Attorney for Defendants

2