UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRANDON PERRONE,

                                                  07 Civ. 6496 (GBD)

                        Plaintiff,

-against-                                         **STIPULATION**
                                                **TO AMEND ANSWER**

COMMERCIAL ELECTRICAL CONTRACTORS,
and PEDRO CASTRO,

                        Defendants.
------------------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED,** by and between the respective parties below, that Defendants may file the attached Amended Answer. Plaintiff stipulates to the filing solely in the interest of judicial economy, makes no representations with respect to the substance of said amendment(s), and reserves the right to challenge the substance of said amendment(s).

Dated: New York, New York
         May 12, 2008

SERRINS & ASSOCIATES, LLC                  FILIPPATOS PLLC

By: _____                      By: _____
Alan Serrins, Esq.                                 Parisis G. Filippatos, Esq.
Ann Macadangdang, Esq.                       303 Park Avenue South
233 Broadway 18th Floor                         Suite 1422
New York, New York 10279                  New York, NY 10010
*Attorneys for Plaintiff*                               *Attorney for Defendants*

SO ORDERED:

*George B Daniels*   JUL 1 5 2008
_____
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE
HON. GEORGE B. DANIELS